IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03462-WYD-BNB

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois
Corporation,

     Plaintiff,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

---

## ORDER

---

In accordance with the offer of judgment presented by Defendant to Plaintiff on September 4, 2014 pursuant to Fed. R. Civ. P. 68, which was accepted by Plaintiff on September 5, 2014, and such offer and acceptance, plus proof of service, having been filed with the Court on September 8, 2014, it is

ORDERED that final judgment shall enter according to the terms presented in the aforementioned offer of judgment, accepted and mutually entered into by both parties to this action, so that Defendant shall pay Plaintiff the amount of nine thousand, four hundred, twenty-two dollars and fifty-three cents ($9,422.53) as full and final satisfaction of all claims in this lawsuit, including any and all claims for attorney's fees and costs.  It is

FURTHER ORDERED that all claims for relief and causes of action asserted against Defendant in this action are **DISMISSED WITH PREJUDICE**.

Dated:  October 23, 2014.

BY THE COURT:


/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge